MITCHELL D. GLINER, ESQ.
Nevada Bar #3419
3017 West Charleston Blvd., #95
Las Vegas, Nevada 89102
702-870-8700
702-870-0034 Fax
Attorney for Plaintiffs

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

JASON KENNEDY,

    Plaintiff,

vs.

PROGRESSIVE FINANCIAL
SERVICES, INC.,

    Defendant.

Case No. 2:12-cv-01046-KJD-RJJ

## STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

Pursuant to F.R.C.P. 41(a)(1)(ii) and local rule 7-1(b) it is hereby stipulated by the parties hereto that the above-entitled matter, and all claims therein, be dismissed with prejudice as to all parties with each party to bear their/its costs and attorney's fees.

DATED: December 11, 2012.

MITCHELL D. GLINER, ESQ.

/s/ Mitchell D. Gliner
MITCHELL D. GLINER, ESQ.
Nevada Bar No. 003419
3017 W. Charleston Blvd. # 95
Las Vegas, Nevada 89102
Attorney for Plaintiff

COOPER LEVENSON APRIL
NEIDELMAN & WAGENHEIM, P.A.

JERRY S. BUSBY, ESQ.
Nevada Bar No. 001107
GREGORY A. KRAEMER
Nevada Bar No. 010911
Las Vegas, Nevada 89169
Attorneys for Defendant

IT IS SO ORDERED this __18__ day of ___January___, 2012.

_____
UNITED STATES DISTRICT JUDGE