1  MITCHELL D. GLINER, ESQ.
   Nevada Bar #3419
2  3017 West Charleston Blvd., #95
   Las Vegas, Nevada 89102
3  702-870-8700
   702-870-0034 Fax
4  Attorney for Plaintiffs

5              UNITED STATES DISTRICT COURT
                    DISTRICT OF NEVADA
6

7  JASON KENNEDY,                    )
                                     )
8       Plaintiff,                   )
                                     )  Case No. 2:12-cv-01046-KJD-RJJ
9  vs.                               )
                                     )
10 PROGRESSIVE FINANCIAL             )
   SERVICES, INC.,                   )
11                                   )
        Defendant.                   )
12 _____ )

13       STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

14           Pursuant to F.R.C.P. 41(a)(1)(ii) and local rule 7-1(b)

15 it is hereby stipulated by the parties hereto that the above-

16 entitled matter, and all claims therein, be dismissed with

17 prejudice as to all parties with each party to bear their/its

18 costs and attorney's fees.

19           DATED:  December 11, 2012.

20 MITCHELL D. GLINER, ESQ.          COOPER LEVENSON APRIL
                                     NEIDELMAN & WAGENHEIM, P.A.
21
   /s/ Mitchell D. Gliner           Cooper Wagenheim
22 MITCHELL D. GLINER, ESQ.          JERRY S. BUSBY, ESQ.
   Nevada Bar No. 003419            Nevada Bar No. 001107
23 3017 W. Charleston Blvd. # 95     GREGORY A. KRAEMER
   Las Vegas, Nevada  89102         Nevada Bar No. 010911
24 Attorney for Plaintiff            Las Vegas, Nevada 89169
                                     Attorneys for Defendant
25

26       IT IS SO ORDERED this  18  day of  January , 2012.

27

28                           _____
                             UNITED STATES DISTRICT JUDGE